# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2117
LT Case No. 2024-MM-001975

_____

EUGENE LEE JACKSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for St. Johns County.
Casey L. Woolsey, Judge.

Matthew J. Metz, Public Defender, and Jospeh Chloupek,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tabitha
Mills, Assistant Attorney General, Daytona Beach, for Appellee.

May 21, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, HARRIS, and BOATWRIGHT, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————